NO. 13-13-00714-CR

| ROBERT JOHN ANTHONY MARTINEZ | § | IN THE COURT OF |
|---|---|---|
| VS. | § | CRIMINAL APPEALS |
| STATE OF TEXAS | § | OF TEXAS |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes, Robert John Anthony Martinez, Appellant in the above styled and numbered cause, and moves for an extension of time of 90 days to file a Petition for Discretionary Review (PDR), and for good cause shows the following:

1.    On August 31, 2015 the Court of Appeals affirmed appellant's conviction. In ROBERT JOHN ANTHONY MARTINEZ V. TEXAS, **13-13-00714-CR**. The PDR is due September 30, 2015.

2.    Petitioner has been unable to complete the petition for the following reasons: Petitioner is inexperienced in the law and needs time to properly prepare his own PDR.

**WHEREFORE, PREMISES CONSIDERED**, Appellant respectfully requests an extension of 90 days, to file a petition for discretionary review.

Respectfully submitted,

ROBERT JOHN ANTHONY MARTINEZ
Inmate No. 1908811
3899 Hwy 98
New Boston, Tx 75570

FILED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 22 2015

Abel Acosta, Clerk

## CERTIFICATE OF SERVICE

This is to certify that on the 16th day of September, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Cameron County, 974 E. Harrison St., Brownsville, Texas 78520, by regular mail.

ROBERT JOHN ANTHONY MARTINEZ

Return to:

ROBERT JOHN ANTHONY MARTINEZ
Inmate No. 1908811
3899 Hwy 98
New Boston, Tx 75570